JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEAN SEYMOUR, et al., | ) | Case No.: EDCV 15-1252 DSF (JPRx) |
| Plaintiffs, | ) | |
| v. | ) | JUDGMENT |
| STATE FARM GENERAL INSURANCE CO., | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Court having granted defendant's motion for summary judgment,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action

be dismissed with prejudice, and that defendant recover its costs of suit pursuant

to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: _2/6/17_____

_____
Dale S. Fischer
United States District Judge